IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**SEP 1 4 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, Individually and on<br>behalf of her minor son, Abraham Cano | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. _B-01-156_ |
| SAN BENITO CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT,<br>HERIBERTO VILLARREAL, AND<br>PETER GUERRERO | §<br>§<br>§<br>§ | |

=====================================================

## NOTICE OF REMOVAL OF A CIVIL ACTION

=====================================================

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW , PETER GUERRERO, Defendant in the above styled and numbered

matter, and files this his Notice of Removal of the present cause from the 103rd District

Court of Cameron County, Texas, in which it is now pending to the United States District

Court for the Southern District of Texas, Brownsville Division, and would respectfully show

unto the Court as follows:

(1)     The Plaintiff is Adela Cano, individually and on behalf of her minor son, Abraham

         Cano; Defendants are San Benito Consolidated Independent School District,

         Heriberto Villarreal, and Peter Guerrero.

CutePDF - www.fasos.com

(2)    This cause was commenced on August 27, 2001, in the 103rd District Court of Cameron County, Texas with the style <u>Adela Cano, Individually and on behalf of her minor son, Abraham Cano vs. San Benito Consolidated Independent School District, Heriberto Villarreal, and Peter Guerrero</u>, Cause Number 2001-08-3808-D. A true and correct copy of all process, pleadings, and orders in that cause as well as a certified docket sheet are attached hereto as **Exhibit "A"** pursuant to 28 U.S.C. §1446(a) and this District's local rules. Plaintiff is alleging Defendants violated Plaintiff's Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

(3)    Defendant Peter Guerrero, was served with a copy of Plaintiff's Original Petition on August 30, 2001. Defendant filed this notice of removal within the thirty day time period required by 28 U.S.C. §1446(b).

(4)    Removal is proper in that Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(b). Specifically, Plaintiff alleges violations of the Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

(5)    None of the other Defendants have been served with process and therefore their consent to this removal is not required.

(6)    Upon filing of this Notice of Removal of this cause, written notice of the filing by Petitioner to Plaintiff and his counsel have been provided as required by law. A copy of such Notice with proof of service of same is attached hereto and incorporated

herein for all purposes.  A copy of such notice is also being filed with the clerk of the county court where this cause was originally filed.

(7)     Venue is proper in this district under 28 U.S.C. §1441(a) because this district embraces the place where the removed action has been pending.

(8)     Defendant requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Peter Guerrero, Defendant, prays for removal of the above entitled cause of action from the 103rd District Court of Cameron County, Texas to this Court and seeks all other relief to which it may show itself to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone   : (956) 541-1846
Facsimile   : (956) 541-1893

BY: _____
EILEEN LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

BY: _____
SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**
**PETER GUERRERO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Notice of Removal of Civil Action** has been forwarded to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via certified mail, return receipt requested, with postage pre-paid and addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, TX 78520

on this the _____14th_____ day of September, 2001


EILEEN LEEDS


## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the southern District of Texas do not require a conference for this pleading.


EILEEN LEEDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADELA CANO, individually and on | § | |
| behalf of her minor son, Abraham Cano | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| HERIBERTO VILLARREAL, AND | § | |
| PETER GUERRERO | § | |

## EXHIBIT "A"

RUN DATE 09/13/01
RUN TIME 3:52 PM

SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRIC

* * * CLERK'S ENTRIES * * *

ADELA CANO

VS

00361701
HON. J. ARNOLD AGUILAR
1200 CENTRAL BLVD
BROWNSVILLE, TEXAS        78520  0000

(10)

DAMAGES

08/27/01  ORIGINAL PETITI
08/27/01  CITATION: PETE
08/27/01  SERVED: 08/

CERTIFIED COPY

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 9-13-01
DEPUTY

Case 1:01-cv-00156   Document 1   Filed in TXSD on 09/14/2001   Page 7 of 25

**CERTIFIED COPY**

FILED ___ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

AUG 27 2001

CAUSE NO. 2001-08-3808-D

| | | |
|---|---|---|
| ADELA CANO, Individually and on Behalf of her minor son, ABRAHAM CANO, | § § § | IN THE DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| Plaintiff | § | |
| | § | |
| VS. | § § | CAMERON COUNTY, TEXAS |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| HERIBERTO VILLARREAL and | § | |
| PETER GUERRERO, | § | |
| Defendants | § | 103rd JUDICIAL DISTRICT |

---

## PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ADELA CANO**, *Individually and on Behalf of her minor son,* **ABRAHAM CANO**, and files this her Original Petition complaining of the actions of the San Benito Consolidated Independent School District, it's principal Heriberto Villarreal and Coach Peter Guerrero, Defendants herein, and for such cause would respectfully show unto the Court the following:

I.

1.01   This suit should be governed by Discovery Control Plan Level II, pursuant to Texas Rule of Civil Procedure 190.3.

II.

2.01   Plaintiff and her minor son are individual residents of Harlingen, Cameron County, Texas.

CERTIFIED COPY

2.03    Defendant San Benito Consolidated Independent School District is a governmental entity of the State of Texas, and may be served with process through service on its Superintendent Joe D. Gonzalez, 240 N. Crockett, San Benito, Texas  78586.

2.04    Defendant Heriberto Villarreal is an individual who resides in Cameron County, Texas, and may be served with process herein at his place of employment, San Benito High School, 450 South Williams Road, San Benito, Texas  78586.

2.05    Defendant Peter Guerrero is an individual resident of Cameron County, Texas, and may be served with process herein at his place of employment, San Benito High School, 450 South Williams Road, San Benito, Texas  78586.

III.

3.01    At the time of the injuries described herein, Abraham Cano was a 14 year old student at Berta Cabaza Middle School.   Abraham Cano has Osteogenesis Imperfecta, a degenerative bone disease which causes his bones to become very brittle.   His condition had previously been made known to numerous representatives of Berta Cabaza Middle School and the San Benito Consolidated Independent School District, including to Principal Villarreal and Coach Guerrero, on numerous occasions.   As early as 1996, Abraham Cano's school medical records reflected his sensitive condition.   Because of this condition, and because of his frequent doctor visits, Abraham had been found to need special education, in order to have home bound schooling services.   Abraham's school records also provided that he could only have physical education with modifications.   To assure that Abraham would not be subjected to any form of physical education that might put him at risk of injury, Plaintiff Adela Cano met with Principal Villarreal and Coach Guerrero in August 2000, and both assured her that Abraham would not



participate in physical education activities, and that they would allow him to do no more than carry out bases and balls, and other non-life threatening activities.

3.02    Notwithstanding Plaintiff Adela Cano's admonitions of Abraham's sensitive medical condition, on or about November 27, 2000, Defendant Coach Guerrero inserted Abraham into the physical education regimen to play soccer with other students.  Because of the restrictive school environment and  Coach Guerrero's position of authority and his physical and psychological intimidation, Abraham did not feel he could refuse to participate as Coach Guerrero instructed.  Within moments after Abraham was put in to the soccer game, as he was running to hit the soccer ball he fell, breaking his left ankle and injuring his right knee, requiring extensive medical treatment.  His left ankle was so badly broken that his foot was pointing almost 180 degrees backwards, and his ankle was actually protruding from his skin. Abraham suffered excruciating pain as a result of his injuries.

IV.

4.01    Defendants are liable to Plaintiffs for subjecting Abraham to the risk of significant injury, and for the actual infliction of the pain and injury.  The unreasonable assignment of Abraham Cano to physical education activities constituted a deprivation or denial of his substantive and procedural rights to due process and a deprivation of his liberty interests, protected by the Fourth, Fifth, Eighth and Fourteenth Amendments to the U.S. Constitution, for which Plaintiff sues pursuant to 42 U.S.C. §1983, *et seq.*  The actions of Defendants deprived Plaintiff of the right to life, liberty, health, safety, bodily integrity and to a safe environment protecting Abraham from the violations of his rights by state actors.  In the alternative, Defendants Villarreal and Guerrero are liable to Plaintiff for subjecting Abraham to excessive

CERTIFIED COPY

force that was disciplinary in nature and for negligence resulting in bodily injury to Abraham, for which they are liable pursuant to Texas Education Code §22.051.

V.

5.01    As a result of the foregoing acts and/or omissions committed against Plaintiff by Defendants, Plaintiff has suffered, and will continue to suffer, the following damages and injuries:

(a)    past, present and future physical pain and suffering;

(b)    past, present and future emotional and mental anguish, pain, suffering, inconvenience, loss of enjoyment of life and other non-pecuniary losses;

(c)    past, present and future disability, disfigurement, physical impairment and other general injury to his physical condition;

(d)    reasonable and necessary medical, hospital, nursing, psychological and psychiatric expenses in the past, present and future; and,

(e)    deprivation of the rights and privileges guaranteed to citizens of the United States and the State of Texas by the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution;

Plaintiff is now suffering, and will continue to suffer, irreparable injury from the Defendants' actions, policies, practices, customs, procedures and usages described herein. The actions of Defendants were taken under color of law, pursuant to their actual or apparent authority, and reflected the custom and policy of Defendant San Benito Consolidated Independent School District. Other than through this lawsuit, Plaintiff has no other real, adequate or complete remedy at law to redress the wrongs alleged, and this action is the only means of securing adequate relief.

VI.                    CERTIFIED COPY

6.01    All conditions precedent to the filing of this action and the recovery of the damages prayed for herein have occurred and have been performed.

VII.

7.01    Plaintiff Adela Cano, Individually and on Behalf of her minor son, Abraham Cano, request that a jury of their peers be convened to determine the factual issues in this case.


WHEREFORE, PREMISES, CONSIDERED, Plaintiff Adela Cano, Individually and on Behalf of her minor son, Abraham Cano, pray that Defendants San Benito Consolidated Independent School District, Heriberto Villarreal and Peter Guerrero be cited according to law to appear and answer herein, and that upon final trial that Plaintiffs have and recover from Defendants, jointly and severally, the damages described above, in the full amount allowed by law, together with the following:

    (1)    judgment for actual and compensatory damages for the pecuniary losses incurred by Plaintiff herein, including for all medical, hospital, nursing, psychological and psychiatric expenses, as well as for all physical, mental and emotional pain, suffering, inconvenience, anguish, loss of enjoyment of life, disability, disfigurement, physical impairment and other non-pecuniary losses against Defendants in an amount to be determined entirely by the trier of fact;

    (2)    pre-judgment interest at the maximum legal rate;

    (3)    post-judgment interest on said judgment at the maximum legal rate, until paid in full;

    (4)    reasonable and necessary attorneys' and experts' fees, pursuant to 42 U.S.C. §1988;

    (5)    costs of court; and,

CERTIFIED COPY

(6)   all other and further relief to which Plaintiff Adela Cano, Individually and on Behalf of Abraham Cano, a minor, may be justly entitled, whether general or special, at law and in equity.

Signed on this the _27th_ day of August, 2001.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
    J. Arnold Aguilar
    State Bar No. 00936270
    Federal Adm. No. 6822

Attorney for Plaintiff,
ADELA CANO, Individually and on Behalf
of her son, ABRAHAM CANO, a minor

A TRUE COPY I CERTIFY
___A GARZA, CLERK
CAMERON COUNTY, TEXAS
DATE 9-13-01
_____ Mary Rivas
        DEPUTY

v:\fp\pop\217-01.pop                                                      PAGE 6

CAUSE NO.  2001-08-3808-D

| | | |
|---|---|---|
| ADELA CANO, INDIVIDUALLY AND | § | IN THE DISTRICT COURT OF |
| ON BEHALF OF HER MINOR SON, | § | |
| ABRAHAM CANO | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| HERIBERTO VILLARREAL AND | § | |
| PETER GUERRERO | § | 103RD JUDICIAL DISTRICT |

---

## NOTICE TO DISTRICT CLERK OF REMOVAL OF CIVIL ACTION

---

TO :  Mrs. Aurora De La Garza
      Cameron County District Clerk
      974 E. Harrison Street
      Brownsville, Texas 78520

Please take notice that PETER GUERRERO, a Defendant in the above-referenced

matter, has filed in the United States District Court for the Southern District of Texas,

Corpus Christi Division, a Notice of Removal of the cause styled Adela Cano, Individually

and on behalf of her minor son, Abraham Cano  vs. San Benito Consolidated Independent

School District, Heriberto Villarreal and Peter Guerrero originally filed in the 103rd Judicial

District Court of Cameron County, Texas, Cause Number 2001-08-3808-D, and that a true

and correct copy of said Notice of Removal, is being filed with the Clerk of the said United States District Court for the Southern District of Texas, Brownsville Division, and that the 103rd Judicial District Court shall proceed no further, unless the cause is remanded. A copy of said Notice of Removal, without copies of attachments, is attached to this notice.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893

BY: _____ w/p _____
EILEEN LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

BY: _____
SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

ATTORNEYS FOR DEFENDANT
PETER GUERRERO

Page -2-

J:\2001\220\removal\ntc.clk:

J:\2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Notice to District Clerk of Removal Civil Action** has been forwarded to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via certified mail, return receipt requested, with postage pre-paid and addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this the _____14th_____ day of September, 2001

EILEEN LEEDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADELA CANO, Individually and on | § | |
| Behalf of her minor son, Abraham Cano | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO._____ |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| HERIBERTO VILLARREAL AND | § | |
| PETER GUERRERO | § | |

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION**

TO:   ADELA CANO, INDIVIDUALLY AND ON BEHALF OF HER MINOR
SON, ABRAHAM CANO, by and through her attorney of record:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on

September 14, 2001 in the above entitled and numbered cause (being Cause Number 2001-

08-3808-D in the 103rd Judicial District Court of Cameron County, Texas). Defendant Peter

Guerrero, filed its Notice of Removal in the United States District Court for the Southern

District of Texas, Brownsville Division.  Copies of such Notice and other papers so filed are enclosed herewith.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone:   (956) 541-1846
Facsimile:   (956) 541-1893

BY: _____
     EILEEN LEEDS
     State Bar No. 00791093
     USDC Adm. No.16799

BY: _____
     SETH MOORE
     State Bar No. 24027522
     USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**
**PETER GUERRERO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Notice to Plaintiff of Removal of Civil Action** has been forwarded to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via certified mail, return receipt requested, with postage pre-paid and addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this the _____ day of September, 2001

_____
EILEEN LEEDS

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_____
EILEEN LEEDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADELA CANO, individually and on | § | |
| behalf of her minor son, Abraham Cano | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | |
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| HERIBERTO VILLARREAL, AND | § | |
| PETER GUERRERO | § | |

## LIST OF PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES PETER GUERRERO, Defendant herein, and, in accordance with the

Local Rules for the United States District Court for the Southern District of Texas governing

removal of civil actions, file this its List of Parties and would submit the following with the

Court:

**PLAINTIFF:**

Adela Cano, Individually and on behalf
of her minor son, Abraham Cano
Harlingen, Texas

**ATTORNEYS FOR PLAINTIFF:**

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, TX 78520

**DEFENDANTS:**

Peter Guerrero
250 St. John Ave.
San Benito, TX 78586

San Benito Consolidated
Independent School District
240 N. Crockett
San Benito, TX 78586

Heriberto Villareal
San Benito, TX 78586

**ATTORNEY FOR DEFENDANT PETER GUERRERO:**

Ms. Eileen Leeds
Mr. Seth Moore
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone    : 956-541-1846
Facsimile    : 956-541-1893

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893

BY: _____
     EILEEN LEEDS
     State Bar No. 00791093
     USDC Adm. No. 16799

BY: _____
     SETH MOORE
     State Bar No. 24027522
     USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**
**PETER GUERRERO**

Page -3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ADELA CANO, individually and on §
behalf of her minor son, Abraham Cano §
§
VS. §       CIVIL ACTION NO._____
§
SAN BENITO CONSOLIDATED §
INDEPENDENT SCHOOL DISTRICT, §
HERIBERTO VILLARREAL, AND §
PETER GUERRERO §

## INDEX OF EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES PETER GUERRERO, Defendant herein, and, in accordance with the

Local Rules for the United States District Court for the Southern District of Texas governing

removal of civil actions, files this his Index of Exhibits and would submit to this Court the

following:

1.    Certified Docket Sheet

2.    Plaintiff's Original Petition

3.    Citation issued to Peter Guerrero

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893


BY: _____
    EILEEN LEEDS
    State Bar No. 00791093
    USDC Adm. No. 16799


BY: _____
    SETH MOORE
    State Bar No. 24027522
    USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT**

Citation for Personal Service   - GENERAL                    Lit. Seq. # 5.004.01

CERTIFIED COPY

No. 2001-08-003808-D

ORIGINAL

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.


TO: PETER GUERRERO
    SAN BENITO HIGH SCHOOL
    450 SOUTH WILLIAMS ROAD
    SAN BENITO, TEXAS 78586


the        DEFENDANT         , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said           PETITION           was filed on  AUGUST 27, 2001 . A copy of same accompanies this citation.

The file number of said suit being No. 2001-08-003808-D.

The style of the case is:

ADELA CANO
VS.
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRIC

Said petition was filed in said court by         HON. J. ARNOLD AGUILAR
(Attorney for          PLAINTIFF          ), whose address is
1200 CENTRAL BLVD BROWNSVILLE, TEXAS    78520


The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 27th day of  AUGUST     A.D. 2001

# R E T U R N   O F   O F F I C E R

Came to hand the _29_ day of _AUG_ , _2001_, at _10:00_ o'clock _A_.M., and

executed (~~not executed~~) on the _30_ day of _AUG_ , _2001_, by delivering to _1:25 Pm_

_peTeR Guerrero_ _____ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _plaintiff original petition_ _____.

Cause of failure to execute this citation is: _____

_____.

FEES serving 1 copy

Total....... $_____     Sheriff/constable _Cameron_ County, TEXAS

Fees paid by:_____     By _____ Deputy

Peter Guerrero     CERTIFIED COPY

**Professional Civil Process**
700 Paredes Ave., #206
Brownsville, Texas 78520
Tel. (956) 546-1813

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

SUBSCRIBED AND SWORN TO BEFORE ME
ON _Aug 30, 2001_ TO
CERTIFY WHICH WITNESS MY HAND AND
OFFICIAL SEAL
_____
NOTARY PUBLIC   STATE OF TEXAS

FILED _11:30_ O'CLOCK _A_ M
AURORA DE LA GARZA
AUG 3 1 2001
DISTRICT COURT OF CAMERON COUNTY

DISTRICT COURT
CAMERON COUNTY TEXAS

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE _9-13-01_
_____
DEPUTY