AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

CAB-01-156 (4)

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/19/01 |
| NAME OF SERVER (PRINT) Eddie M. Gonzalez | TITLE Process Server |

~~ORIGINAL~~

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 240 N. Crockett St. San Benito, TX 78586

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/19/01
Date
8:40 pm

Signature of Server

Address of Server
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 548-1818

SUBSCRIBED AND SWORN TO BEFORE ME ON September 19, 2001, TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL.

NOTARY PUBLIC  STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

United States District Court
Southern District of Texas
RECEIVED

SEP 19 2001

Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.