IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

## DEFENDANT PETER GUERRERO'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order, Defendant **PETER GUERRERO**'s counsel certifies that the only persons, associations, etc., that are known to Defendant **PETER GUERRERO** to be financially interested in the outcome of this litigation are:

1. Plaintiff Adela Cano, Individually and on Behalf of her Minor Son Abraham Cano

2. Defendant Peter Guerrero

3. Defendant San Benito Consolidated Independent School District

4. Defendant Heriberto Villarreal

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893

BY: _____
EILEEN M. LEEDS
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEYS FOR DEFENDANT PETER GUERRERO**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANT PETER GUERRERO'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES has been served by mailing same, certified mail, return receipt requested to all counsel of record as follows:

**(Via CMRRR#7000-1670-0002-2277-5730)**
Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this the ____4____ day of October, 2001.

_____
EILEEN M. LEEDS