8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO §
§
VS. § CIVIL ACTION NO.B-01-156
§ (JURY REQUESTED)
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO §

## DEFENDANT PETER GUERRERO'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW PETER GUERRERO, Defendant in the above-styled and numbered cause, and files this His Original Answer to Plaintiffs' Original Petition and would show the Court the following:

### I.
### ANSWER

1. Defendant Guerrero denies the allegations in Paragraph 1.01 of Plaintiffs' Original Petition, as Texas Rule of Civil Procedure 190.3 is inapplicable to this Federal Court case.

2. Defendant Guerrero admits the allegations is Paragraphs 2.01, 2.03, 2.04, and 2.05 of Plaintiffs' Original Petition.

3. Defendant Guerrero admits that Abraham Cano was a student at Berta Cabaza Middle School. Defendant Guerrero admits that Abraham Cano has a bone disease. Defendant Guerrero otherwise denies the allegations in Paragraph 3.01 of Plaintiffs' Original Petition.

ClibPDF - www.fastio.com

4. Defendant Guerrero denies the allegations in Paragraph 3.02 of Plaintiffs' Original Petition.

5. Defendant Guerrero denies the allegations in Paragraph 4.01 of Plaintiffs' Original Petition.

6. Defendant Guerrero admits that he was acting under the scope of his authority and within the discretion of his office. Defendant Guerrero otherwise denies the allegations in Paragraph 5.01 of Plaintiffs' Original Petition.

7. Defendant Guerrero denies the allegations in Paragraph 6.01 of Plaintiffs' Original Petition.

8. Defendant Guerrero requests a jury, as do Plaintiffs in Paragraph 7.01 of Plaintiffs' Original Petition.

9. Defendant Guerrero denies that Plaintiffs are entitled to the relief sought in the Prayer of Plaintiffs' Original Petition.

## II.
## AFFIRMATIVE DEFENSES

10. Defendant Guerrero is entitled to immunity from liability under Texas Education Code § 22.051. Defendant Guerrero was at all times a professional employee of a school district, acting within the scope of the duties of his position, exercising his judgment or discretion, and his acts were not within the exceptions stated in the Texas Education Code.

11. Defendant Guerrero was at all times acting in good faith, in a reasonable manner, within the discretionary authority of his public office, and is entitled to qualified immunity for all claims alleged against him as set out in Plaintiffs' Original Petition. Furthermore, Plaintiffs have failed to allege that Defendant Guerrero violated Plaintiffs' clearly established constitutional rights of which a reasonable person should have known. Defendant Guerrero raises the federal defense of qualified immunity.



ClibPDF - www.fastio.com

12. Defendant Guerrero is further entitled to immunity from any and all liability in connection with Plaintiffs' claims under the state doctrine of official immunity. Furthermore, Plaintiffs have failed to specify how Defendant Guerrero would not be entitled to official immunity either because he was not performing discretionary duties, was not acting in good faith, or was not acting within the scope of his authority, as is required by Texas law. Defendant Guerrero raises the state defense of official immunity.

13. Defendant Guerrero would show that any and all injuries complained of were caused by the contributory negligence of Plaintiffs.

14. Defendant Guerrero seeks reasonable costs and attorney's fees as a prevailing party pursuant to 42 U.S.C. §1988, and Texas Education Code § 22.055.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

BY: Eileen M. Leeds w/p [signature]
EILEEN M. LEEDS
State Bar No. 00791093
Federal I.D. No. 16799

**ATTORNEY FOR DEFENDANT PETER GUERRERO**



ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT PETER GUERRERO'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION has been served by mailing same, Certified Mail, Return Receipt Requested to all counsel of record, as follows:

**(Via CMRRR#7000-1670-0002-2277-5709)**
Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this 9th day of October, 2001.

Eileen M Leeds w/p sm
EILEEN M. LEEDS



ClibPDF - www.fastio.com