IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO | § § § |
| VS. | § § § CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § |

## DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLAREAL'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLAREAL, Defendants in the above-styled and numbered cause, and files this their Original Answer to Plaintiffs' Original Petition and would show the Court the following:

### I.
### ANSWER

1. Defendants San Benito Consolidated Independent School District and Heriberto Villareal deny the allegations in Paragraph 1.01 of Plaintiffs' Original Petition, as Texas Rule of Civil Procedure 190.3 is inapplicable to this Federal Court case.

2.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal admit the allegations is Paragraphs 2.01, 2.03, 2.04, and 2.05 of Plaintiffs' Original Petition.

3.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal admit that Abraham Cano was a student at Berta Cabaza Middle School. Defendants San Benito Consolidated Independent School District and Heriberto Villareal admit that Abraham Cano has a bone disease. Defendants otherwise deny the allegations in Paragraph 3.01 of Plaintiffs' Original Petition.

4.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal deny the allegations in Paragraph 3.02 of Plaintiffs' Original Petition.

5.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal deny the allegations in Paragraph 4.01 of Plaintiffs' Original Petition.

6.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal admit that they were acting under the scope of their authority and within the discretion of their office. Defendants otherwise deny the allegations in Paragraph 5.01 of Plaintiffs' Original Petition.

7.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal deny the allegations in Paragraph 6.01 of Plaintiffs' Original Petition.

8.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal request a jury, as do Plaintiffs in Paragraph 7.01 of Plaintiffs' Original Petition.

9.  Defendants San Benito Consolidated Independent School District and Heriberto Villareal deny that Plaintiffs are entitled to the relief sought in the Prayer of Plaintiffs' Original Petition.

## II.
## AFFIRMATIVE DEFENSES

10. Defendant Villareal is entitled to immunity from liability under Texas Education Code §22.051. Defendant Villareal was at all times a professional employee of a school district, acting within the scope of the duties of his position, exercising his judgment or discretion, and his acts were not within the exceptions stated in the Texas Education Code.

11. Defendant Villareal was at all times acting in good faith, in a reasonable manner, within the discretionary authority of his public office, and is entitled to qualified immunity for all claims alleged against him as set out in Plaintiffs' Original Petition. Furthermore, Plaintiffs have failed to allege that Defendant Villareal violated Plaintiffs' clearly established constitutional rights of which a reasonable person should have known. Defendant Villareal raises the federal defense of qualified immunity.

12. Defendant Villareal is further entitled to immunity from any and all liability in connection with Plaintiffs' claims under the state doctrine of official immunity. Furthermore, Plaintiffs have failed to specify how Defendant Villareal would not be entitled to official immunity either because he was not performing discretionary duties, was not acting in good faith, or was not acting within the scope of his authority, as is required by Texas law. Defendant Villareal raises the state defense of official immunity.

13. Defendants are entitled to sovereign immunity and governmental immunity from both liability and suit. Defendants have not waived their right to sovereign immunity. Further, Plaintiffs claims do not fall within the narrow waiver of immunity provided by the Texas Tort Claims Act. TEX. CIV. PRAC. & REM. CODE ANN. §101.021 and 101.051 et. seq.

14. To the extent that Plaintiffs bring any state law causes of action against Defendants, Defendants specifically plead the statutory limits on liability as to actual damages and the bar as to punitive damages set forth in the Texas Tort Claims Act. TEX. CIV. PRAC. & REM. CODE ANN. §101.023 and §101.024.

15. Defendants San Benito Consolidated Independent School District and Heriberto Villareal would show that any and all injuries complained of were caused by the contributory negligence of Plaintiffs.

16. Defendants San Benito Consolidated Independent School District and Heriberto Villareal seek reasonable costs and attorney's fees as a prevailing party pursuant to 42 U.S.C. §1988, and Texas Education Code § 22.055.

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        International Plaza, Suite 460
        3505 Boca Chica Boulevard
        Brownsville, Texas 78521
        Telephone   : (956) 541-1846
        Facsimile    : (956) 541-1893

BY: _____
     EILEEN M. LEEDS
     State Bar No. 00791093
     Federal I.D. No. 16799

**ATTORNEY FOR DEFENDANT PETER GUERRERO**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLARREAL'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION has been served by mailing same, Certified Mail, Return Receipt Requested to all counsel of record, as follows:

**(Via CMRRR#7000-1670-0002-2277-5709)**
Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

on this _9th_ day of October, 2001.

_____
EILEEN M. LEEDS