/0

United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADELA CANO, Individually and on Behalf of her minor son, ABRAHAM CANO, Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NO. B - 01 - 156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL and PETER GUERRERO, Defendants | § § § § § | |

## PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **ADELA CANO,** *Individually and on behalf of her minor son*, **ABRAHAM CANO**, Plaintiffs herein and files this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiffs**
Adela Cano
Abraham Cano

(2) **Plaintiffs' counsel**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

(3)  **Defendants**
San Benito Consolidated Independent School District
Heriberto Villarreal
Peter Guerrero

(4)  **Defendants' counsel**
Eileen Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

(5)  Defendants have not yet identified insurance carrier or risk pool association.

Signed on this the 11th day of October, 2001.

                        Respectfully submitted,

                        LAW OFFICE
                        J. ARNOLD AGUILAR

Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone  : (956) 504-1100
Facsimile  : (956) 504-1408

By: _____
     J. Arnold Aguilar
     State Bar No. 00936270
     Federal Adm. No. 6822

Attorney for Plaintiffs,
ADELA CANO, Individually and on behalf
of her minor son, ABRAHAM CANO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the _____ day of October, 2001, 2001, been forwarded via certified mail, return receipt requested to:

Ms. Eileen Leeds
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78521

_____
J. Arnold Aguilar