

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

## AGREED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Eileen Leeds and Willette & Guerra, L.L.P., counsel for Defendants San Benito Consolidated Independent School District and Heriberto Villarreal, and James E. Byrom and Ewbank and Byrom, P.C., and request permission from this Court for Eileen Leeds and Willette & Guerra, L.L.P. to withdraw from their representation of Defendants San Benito Consolidated Independent School District and Heriberto Villarreal. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal consent to the withdrawal of Eileen Leeds and Willette & Guerra, L.L.P., and the substitution of:

> James E. Byrom
> State Bar No. 03568100
> Ewbank & Byrom, P.C.
> 221 West 6th Street, Suite 900
> Austin, Texas 78701
> Phone: 512/476-1080; Fax: 476-7770

This substitution is not being taken for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Eileen Leeds and Willette & Guerra, L.L.P. respectfully request that this Court enter an order permitting withdrawal from this case and that James E. Byrom and Ewbank and Byrom, P.C. be substituted as counsel of record for Defendants San Benito Consolidated Independent School District and Heriberto Villarreal.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: 956/541-1846
Facsimile: 956/541-1893

By _____*Eileen Leeds*_____
EILEEN M. LEEDS
State Bar No. 00791093
Federal I.D. No. 16799


Respectfully submitted,

EWBANK & BYROM, P.C.
221 West Sixth St., Suite 900
P. O. Box 2430
Austin, Texas 78768-2430
Phone: 512/476-1080
Fax: 512/476-7770

By: _____*James E. Byrom*_____
JAMES E. BYROM
State Bar No. 03568100

## CERTIFICATE OF CONFERENCE

Eileen Leeds Agrees to her withdrawal as counsel for San Benito Consolidated Independent School District and Heriberto Villarreal. An attorney in my office has spoken with Heriberto Villarreal who is also in agreement with my substitution as counsel of record of San Benito Consolidated Independent School District and Heriverto Villarreal.

_____
JAMES E. BYROM

## CERTIFICATE OF SERVICE

On the **14** day of November, 2001, a true and correct copy of Agreed Motion to Substitute Counsel was mailed certified mail, return receipt requested to:

*Via Certified Mail, RRR# 7000 1670 0009 8672 9655*
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

_____
JAMES E. BYROM   w/p sm