12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

### ORDER ON AGREED MOTION TO SUBSTITUTE COUNSEL

The Agreed Motion to Substitute Counsel of Eileen Leeds and Willette & Guerra, L.L.P. and James E. Byrom and Ewbank and Byrom, P.C. requesting permission for Eileen Leeds and Willette & Guerra, L.L.P. to withdraw from their representation of Defendants San Benito Consolidated Independent School District and Heriberto Villarreal and the substitution of James E. Byrom and Ewbank and Byrom, P.C. as counsel of record came before the Court.

The Court finds that said motion should be granted.

IT IS, THEREFORE, ADJUDGED, ORDERED AND DECREED that Eileen Leeds and Willette & Guerra, L.L.P. are withdrawn from their representation of Defendants San Benito Consolidated Independent School District and Heriberto Villarreal and the substitution of James E. Byrom and Ewbank and Byrom, P.C. as counsel of record is granted.

SIGNED the 15 day of November, 2001.

_____
PRESIDING JUDGE

P:\USERS\JBYROM\Cano\OrderMotionSubstitute.wpd