*/3*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**DEC 0 3 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § § | |

## CERTIFICATE OF INTERESTED PARTIES OF
## SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
## AND HERIBERTO VILLARREAL

Under the Court's Order to disclose interested persons, Defendants San Benito Consolidated Independent School District and Heriberto Villarreal, in their official and individual capacities, file the following certificate listing all persons and/or entities which may have a financial interest in the outcome of this litigation.

1.    Plaintiff Adela Cano, Individually and on Behalf of her Minor Son Abraham Cano

2.    Defendant San Benito Consolidated Independent School District

3.    Defendant Heriberto Villarreal

4.    Defendant Peter Guerrero

Respectfully submitted,

EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone: (512) 476-1080
Facsimile: (512) 476-7770

By: _____
JAMES E. BYROM
State Bar No. 03568100
Federal ID No. 6874

**ATTORNEYS FOR DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLARREAL**

## CERTIFICATE OF SERVICE

On the 30th day of November, 2001, a true and correct copy of Certificate of Interested Parties of San Benito Consolidated Independent School District and Heriberto Villarreal was mailed certified mail, return receipt requested to:

*Via Certified Mail, RRR# 7001 1140 0000 7377 1762*
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

*Via Certified Mail, RRR# 7001 1140 0000 7377 1779*
Ms. Eileen M. Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

_____
JAMES E. BYROM

P:\CASES\203-TASB\203-205\PI\CertificateInterestedParites.wpd

2