*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

## ADVISORY TO THE COURT REGARDING SCHEDULING

TO THE HONORABLE UNITED STATED DISTRICT COURT:

COMES NOW, **PETER GUERRERO**, Defendant and advises the Court that she will be on vacation from **December 12, 2001 through January 6, 2002.** Eileen M. Leeds requests this Court not to schedule any matters which would require her presence at hearings during this period.

Signed on December __3rd__, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _/s/ Eileen Leeds w/p sm_
Eileen Leeds
State Bar No. 00791093
**Federal I.D. No. 16799**
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December __3rd__, 2001, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Mr. J. Arnold Aguilar  
LAW OFFICE OF J. ARNOLD AGUILAR  
Artemis Square, Suite H-2  
1200 Central Boulevard  
Brownsville, Texas 78520

Mr. James E. Byrom  
EWBANK & BYROM, P.C.  
ATTORNEYS AT LAW  
221 W. 6th St., Suite 900  
Austin, Texas 78701

                                              Eileen M. Leeds