```
                                                    United States District Court
                                                     Southern District of Texas
                                                              FILED
      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS             JAN 1 8 2002
               BROWNSVILLE DIVISION
                                                       Michael N. Milby
                                                         Clerk of Court
```

| | | |
|---|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § § | |

## JOINT REPORT ON MEETING REQUIRED BY RULE 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **The first meeting of the parties was held by phone on January 14, 2002. The counsel who attended were as follows:**

   **J. Arnold Aguilar for Plaintiff;**
   **Jim Byrom for Defendants San Benito Consolidated I.S.D**
   **and Heriberto Villarreal; and**
   **Seth Moore for Defendant Peter Guerrero**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   **None.**

3. Specify the allegation of federal jurisdiction.

   **Plaintiff is bringing this suit under 42 U.S.C. § 1983 for the alleged violation of Abraham Cano's Fourth, Fifth, and Fourteenth Amendment rights. Jurisdiction is proper pursuant to 28 U.S.C. § 1331.**

4. Name the parties who disagree and the reasons.

   **None.**

5. List additional anticipated parties that should be included, when they can be added, and by whom they are wanted.

   **None are anticipated at this time.**

6. List anticipated interventions.

   **None are anticipated at this time.**

7. Describe class-action issues.

   **None at this time.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **The Plaintiff Adela Cano will file initial disclosures by January 28, 2002.**

   **Defendant Peter Guerrero will file initial disclosures by January 28, 2002.**

   **Defendants San Benito Consolidated I.S.D. and Heriberto Villarreal will file initial disclosures by January 28, 2002.**

9. Describe the proposed agreed discovery plan, including:

   (a) Responses to all the matters raised in Rule 26(f).

   1. **Rule 26(f)(1) - See response to Number 9;**
   2. **Rule 26(f)(2) - Plaintiff and Defendants will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendants anticipate discovery will be completed within 180 days;**
   3. **Rule 26(f)(3) - No changes needed at this time, subject to rearrangements of the parties; and**
   4. **Rule 26(f)(4) - None.**

(b) When and to whom the Plaintiff anticipates he may send formal written discovery.

**Plaintiff anticipates sending out discovery, including Interrogatories, Requests for Admissions, and Requests for Production to Defendants by March 31, 2002.**

(c) When and to whom the Defendants anticipate they may send formal written discovery.

**Defendant Peter Guerrero anticipates sending out discovery including Interrogatories, Requests for Admissions and Requests for Production by March 1, 2002.**

**Defendants San Benito Consolidated I.S.D. and Heriberto Villarreal anticipates sending out discovery including Interrogatories, Requests for Admissions and Requests for Production by March 1, 2002.**

(d) Of whom and by when the Plaintiff anticipates taking oral depositions.

**Plaintiff anticipates needing depositions of San Benito Consolidated I.S.D. representatives, Peter Guerrero, Heriberto Villarreal, and the witnesses to Abraham Cano's injuries..**

**Plaintiff anticipates needing two or three additional depositions of witnesses who may surface as discovery progresses.**

**Plaintiff will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.**

(e) Of whom and by when the Defendants anticipate taking oral depositions.

**Defendant Peter Guerrero anticipates needing the deposition of the Plaintiffs Adela Cano and her son Abraham Cano.**

**Defendant Peter Guerrero anticipates needing the deposition of the Defendants San Benito C.I.S.D. and Heriberto Villarreal.**

**Defendant Peter Guerrero anticipates he may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

>**Defendant Peter Guerrero will agree to take these depositions at a time convenient to all counsel.**
>
>**Defendants San Benito C.I.S.D. and Heribeto Villarreal anticipate needing the deposition of the Plaintiffs Adela Cano and her son Abraham Cano.**
>
>**Defendants San Benito C.I.S.D. and Heribeto Villarreal anticipate needing the deposition of the Defendant Peter Guerrero.**
>
>**Defendants San Benito C.I.S.D. and Heribeto Villarreal anticipate they may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**
>
>**Defendants San Benito C.I.S.D. and Heribeto Villarreal will agree to take these depositions at a time convenient to all counsel.**

(f)  When Plaintiff will be able to designate experts and provide reports required by Rule 26(a)(2)(b) and when opposing parties will designate responsive experts and provide reports.

>**Plaintiff anticipates designating her experts and providing reports by May 1, 2002.**
>
>**Defendant Peter Guerrero anticipates designating his responsive experts and providing reports within thirty (30) days of receiving Plaintiff's expert's reports.**
>
>**Defendants San Benito C.I.S.D. and Heriberto Villareal anticipate designating their responsive experts and providing reports within thirty (30) days of receiving Plaintiff's expert's reports.**

(g)  List expert depositions the Plaintiff anticipates taking and their anticipated completion date.

>**Plaintiff may depose all experts listed by Defendant and will likely do so within 30 days of their designation and Plaintiff's receipt of Defendants' experts' reports.**

(h)     List expert depositions the Defendants anticipates taking and their anticipated completion date.

**Defendant Guerrero may depose all experts listed by Plaintiff and will likely do so within 30 days of their designation and Defendant's receipt of Plaintiff's experts' reports.**

**Defendants San Benito Consolidated I.S.D. and Heriberto Villarreal may depose all experts listed by Plaintiff and will likely do so within 30 days of their designation and Defendants' receipt of Plaintiff's experts' reports.**

10. If the parties are not agreed on a part of discovery plan, describe the separate views and proposals of each party.

    **Counsel have no disagreements at this time.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **None.**

12. State the date the planned discovery can reasonably be completed.

    **July 26, 2002**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.

    **The parties have discussed possible mediation following preliminary discovery.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **The parties have discussed possible mediation following preliminary discovery.**

15. From the attorneys' discussion with their clients, state the alternative dispute resolution techniques that are reasonably suitable.

    **The parties have discussed possible mediation following preliminary discovery.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties joining position on a trial before a magistrate judge.

    **The parties do not agree to the use of a magistrate at this time.**

17. State whether a jury demand has been made and if it was made on time.

    **Defendant Peter Guerrero requested a trial by jury on September 14, 2001.**

18. Specify the number of hours it will take to present the evidence in this case.

    **At this time, the parties anticipate it will take twenty-four (24) hours of testimony to present this case.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Defendant Guerrero's Motion for a Rule 7a Reply in Response to Defendant's defense of Qualified Immunity.**

    **Defendant Guerrero's Motion to Stay Discovery Pending Resolution of the issue of Qualified Immunity.**

    **Defendant San Benito Consolidated I.S.D. and Heriberto Villarreal's Motion for a Rule 7a Reply in Response to Defendant's defense of Qualified Immunity.**

    **Defendant San Benito Consolidated I.S.D. and Heriberto Villarreal's Motion to Stay Discovery Pending Resolution of the issue of Qualified Immunity.**

20. List other motions pending.

    **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   **None at this time.**

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

   EILEEN M. LEEDS
   State Bar No. 00791093
   Federal I.D. No. 16799

   WILLETTE & GUERRA, L.L.P.
   International Plaza, Suite 460
   3505 Boca Chica Boulevard
   Brownsville, Texas 78521
   Telephone    : (956) 541-1846
   Facsimile    : (956) 541-1893

   **ATTORNEYS FOR DEFENDANT
   PETER GUERRERO**


   Mr. James E. Byrom
   State Bar No. 03568100
   Federal I. D. No. 6874

   EWBANKS & BYROM, P.C.
   221 West 6th Street, Suite 900
   Austin, Texas 78701
   Telephone    : (512) 476-1080
   Facsimile    : (512) 476-7770

   **ATTORNEY FOR DEFENDANTS
   SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL
   DISTRICT and HERIBERTO VILLARREAL**

Mr. J. Arnold Aguilar
State Bar No. 00936270
Federal I.D. No. 6822

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408

**ATTORNEY FOR PLAINTIFFS**
**ADELA CANO, INDIVIDUALLY AND ON BEHALF**
**OF HER MINOR SON, ABRAHAM CANO**

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        International Plaza, Ste. 460
        3505 Boca Chica Blvd.
        Brownsville, Texas 78521
        Telephone    : (956) 541-1846
        Facsimile    : (956) 541-1893

BY: _/s/ Eileen Leeds w/p sm_
        EILEEN LEEDS
        State Bar No. 00791093
        Federal I.D. No. 16799

**ATTORNEY FOR DEFENDANT**
**PETER GUERRERO**

EWBANKS & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone : (512) 476-1080
Facsimile : (512) 476-7770

BY: _____
JAMES E. BYROM
State Bar No. 03568100
Federal I. D. No. 6874

**ATTORNEY FOR DEFENDANTS**
**SAN BENITO CONSOLIDATED**
**INDEPENDENT SCHOOL DISTRICT**
**and HERIBERTO VILLARREAL**

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile : (956) 504-1408

BY: _____
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal I.D. No. 6822

**ATTORNEY FOR PLAINTIFFS**
**ADELA CANO, INDIVIDUALLY AND**
**ON BEHALF OF HER MINOR SON,**
**ABRAHAM CANO**

EWBANKS & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone   : (512) 476-1080
Facsimile   : (512) 476-7770

BY: _____
    JAMES E. BYROM
    State Bar No. 03568100
    Federal I.D. No. 6874

**ATTORNEY FOR DEFENDANTS
SAN BENITO CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT
and HERIBERTO VILLARREAL**


LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone   : (956) 504-1100
Facsimile   : (956) 504-1408


BY: _____
    J. ARNOLD AGUILAR
    State Bar No. 00936270
    Federal I.D. No. 6822

**ATTORNEY FOR PLAINTIFFS
ADELA CANO, INDIVIDUALLY AND
ON BEHALF OF HER MINOR SON,
ABRAHAM CANO**

EWBANKS & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone   : (512) 476-1080
Facsimile   : (512) 476-7770


BY: _____
    JAMES E. BYROM
    State Bar No. 03568100
    Federal I. D. No. 6874

**ATTORNEY FOR DEFENDANTS
SAN BENITO CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT
and HERIBERTO VILLARREAL**


LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone   : (956) 504-1100
Facsimile   : (956) 504-1408


BY: _____
    J. ARNOLD AGUILAR
    State Bar No. 00936270
    Federal I.D. No. 6822

**ATTORNEY FOR PLAINTIFFS
ADELA CANO, INDIVIDUALLY AND
ON BEHALF OF HER MINOR SON,
ABRAHAM CANO**