18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § § | |

**DEFENDANT'S NOTICE TO THE COURT OF THEIR SUBMISSION
OF ITS INITIAL DISCLOSURE TO PLAINTIFFS UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendant, PETER GUERRERO and files this his Notice to the Court of his submission of his Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26(a).

I.

Defendant hereby gives notice to the Court that he has submitted his Initial Disclosure under Federal Rule of Civil Procedure 26(a).

Signed on January 28, 2002.

>Respectfully submitted,
>
>WILLETTE & GUERRA, L.L.P.
>International Plaza, Ste. 460
>3505 Boca Chica Blvd.
>Brownsville, Texas 78521
>Telephone: (956) 541-1846
>Facsimile: (956) 541-1893
>
>BY: _____
>EILEEN M. LEEDS
>State Bar No. 00791093
>USDC Adm. No. 16799
>
>SETH MOORE
>State Bar No. 24027522
>USDC Adm. No. 28488
>
>**ATTORNEYS FOR DEFENDANT**
>**PETER GUERRERO**

Page -2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **Defendant's Notice to The Court of Their Submission of Its Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26(a)**, has been served via certified mail, return receipt requested to:

Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Mr. Jim Byrom
EWBANKS & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701

on this _28_ day of January, 2002

                                            _____
                                            EILEEN LEEDS