

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED**

**FEB 0 4 2002**

**Michael N. Milby
Clerk of Court**

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

## NOTICE TO THE COURT OF
## INITIAL DISCLOSURES UNDER RULE 26(a)(1) OF DEFENDANTS
## SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
## <u>AND HERIBERTO VILLARREAL</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Defendants, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** and **HERIBERTO VILLARREAL**, and file this, their Notice to the Court of Initial Disclosures to Plaintiff under Federal Rule of Civil Procedure 26(a).

I.

Defendants hereby give notice to the Court that they have submitted their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on February 1, 2002.

Respectfully submitted,

EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone: (512) 476-1080
Facsimile: (512) 476-7770

By: _____
JAMES E. BYROM
State Bar No. 03568100
Federal No. 6874
ATTORNEYS FOR SAN BENITO C.I.S.D.
AND HERIBERTO VILLAREAL

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was hand mailed, certified mail, return receipt requested, the 1st day of February, 2002 to the following:

*VIA CERTIFIED MAIL, RRR #7001 1140 0000 7377 1953*
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

*VIA CERTIFIED MAIL, RRR #7001 1140 0000 7377 1960*
Ms. Eileen M. Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

_____
JAMES E. BYROM