

22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

### INITIAL DISCLOSURES UNDER RULE 26(a)(1) OF DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLARREAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Defendants, SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT and HERIBERTO VILLARREAL, and file this, their Initial Disclosures, as follows:

### A. POTENTIAL WITNESSES

The following persons are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

1. Adela Cano, Plaintiff, c/o Plaintiffs' counsel. It is anticipated that he has knowledge of information relevant to all aspects of Plaintiffs' case.

2. Abraham Cano, Minor Plaintiff, c/o Plaintiffs' counsel. It is anticipated that he has some knowledge of information relevant to all aspects of Plaintiffs' case.

3. Peter Guerrero, Co-Defendant, c/o Co-Defendant's counsel. Has knowledge of information relevant to all aspects of Plaintiffs' case.

4. Heriberto Villarreal, c/o the undersigned counsel. Has knowledge of information relevant to Plaintiffs' case.

5. Plaintiff's treating physicians, if any, names and addresses unknown. May have knowledge of facts relevant to Plaintiffs' alleged damages, although unnamed at this time, Plaintiff does allege medical damages.

6. Various students/witnesses, names and addresses unknown at this time.

**B. DOCUMENTS**

1. Accident/Injury Report form dated January 27, 2000, regarding the incident made the basis of this suit.

2. Document signed by Plaintiffs Adela Cano and Abraham Cano regarding acknowledgment of Physical Education rules and noting by Plaintiffs of allergies or health problems.

3. Notice of claim letter sent by Douglas Malany, dated January 4, 2001, on behalf of Plaintiffs.

**C. DAMAGES**

Defendants will supplement this disclosure. At this time, Defendants assert that they should be entitled to attorneys fees in this matter.

**D. INSURANCE**

SAN BENITO C.I.S.D. and Heriberto Villarreal assert that, under Texas law, the

existence and amount of coverage is not discoverable to the extent Plaintiffs have raised a claim under Texas law by virtue of Tex. Civ Pr. Rem. Code section 101.104.

Respectfully submitted,

EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone: (512) 476-1080
Facsimile: (512) 476-7770

By: _____
JAMES E. BYROM
State Bar No. 03568100
Federal No. 6874
ATTORNEYS FOR SAN BENITO C.I.S.D.
AND HERIBERTO VILLAREAL

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was hand mailed, certified mail, return receipt requested, the 1st day of February, 2002 to the following:

*VIA CERTIFIED MAIL, RRR #7001 1140 0000 7377 1953*
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

*VIA CERTIFIED MAIL, RRR #7001 1140 0000 7377 1960*
Ms. Eileen M. Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

_____
JAMES E. BYROM