IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

SUPPLEMENTAL DISCLOSURES UNDER RULE 26(a)(1) OF DEFENDANTS
SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
AND HERIBERTO VILLARREAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Defendants, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** and **HERIBERTO VILLARREAL**, and file this, their Supplemental Disclosures, as follows:

**DOCUMENTS**

1. Computer printout of Class Roster, San Benito Ninth Grade, Peter Querrero, Teacher.

Respectfully submitted,

EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone: (512) 476-1080
Facsimile: (512) 476-7770

By: _____
JAMES E. BYROM
State Bar No. 03568100
Federal No. 6874
ATTORNEYS FOR SAN BENITO C.I.S.D.
AND HERIBERTO VILLAREAL

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing document was hand mailed, certified mail, return receipt requested, the 1st day of February, 2002 to the following:

***VIA CERTIFIED MAIL, RRR #7001 1140 0000 7377 1977***
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

***VIA CERTIFIED MAIL, RRR #7001 1140 0000 7377 1984***
Ms. Eileen M. Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

_____
JAMES E. BYROM

```
                                                                                              STS431-19
                                                                                              PAGE    1

                                       CLASS ROSTER

SCHOOL  : 0041  BERTA CABAZA MIDDLE SCHOOL

CLASS   : 168   SUBJECT: PHYSICAL EDUCATION    TEACHR: GUERRERO, PETER
SECTION : 01    LEVEL  :
SEMESTER: 3     ROOM   : GYM      MEETS: MTWRF
PERIOD(S): 02

    STUDENT NAME              ID     GR S M   BIRTHDAY   PHONE        PARENT/GUARDIAN                 DATA
    ------------------------  -----  -- - -   --------   --------     -------------------             -----------------------
 1. BARRERA, RICKY            52709  08  M    09/16/86   399-9597     RITO BARRERA, JR.               6TH AVE.
 2. BEVIER, CORY LEE          66318  08  M    03/27/87   361-3421     MARIA BEVIER                    100 HELEN MOORE LOT.432
 3.*CANO, ABRAHAM CORD        59102  08  M    11/28/86   425-4651     ADELA CANO                      151 LAS PALMAS APT #1
 4. *COLUNGA, JOHN JOE        60945  08  M    07/21/86   361-3360     SYLVIA COLUNGA                  12591 LANDRUM RD.
 5. DE LA CRUZ, JUAN H.       62731  08  M Y  07/13/86   361-4434     JAVIER DE LA CRUZ               358 COMMERCE ST.
 6. FARIAS, SERGIO            52628  08  M    11/17/85   399-7903     BELINDA FARIAS                  150 ROSITA
 7. GONZALES, PABLO           51888  08  M    09/27/86   361-4931     NORMA GONZALES                  136 HELENA ST.
 8. LINAN, MARIO E            50956  08  M    07/29/86   399-5709     MARIO LINAN, SR.                1160 COMBES
 9. LONGORIA, STEVE           53837  08  M Y  02/01/87   399-6499     GUADALUPE LONGORIA              2 1/2 MI. E. SAM HOUSTON
10. MENDOZA, GILBERTO         63772  08  M    02/04/87   399-0274     RAUL MENDOZA                    937 CHAPMAN
11. MONTEMAYOR, ALBERTO       53580  08  M    05/21/87   361-9413     ERNESTO MONTEMAYOR              4115 GAMBLE RD.
12. *MORENO, NATHAN DANIEL    53110  08  M    05/04/87   399-3972     RAMIRO MARTIN MORENO            487 PINTAIL
13. QUEZADA, OSCAR RAFAEL     52369  08  M    02/03/87   399-2390     JESUS RAFAEL QUEZADA            302 NAVE
14. RIOS, MARGARITO           52069  08  M    07/12/87   361-3219     MARGARITO RIOS JR.              OHIO STATION ROAD
15. RODRIGUEZ, NICHOLAS L     52036  08  M    05/03/87   399-0049     YOLANDA LOPEZ                   100 N. HELEN MOORE LT444
16. *TORRES, DAVID            51131  08  M    04/28/85   361-0466     ENRIQUE TORRES, JR.             132 PALOROSA
17. WALTERS, CHRISTOPHER      53391  08  M    06/07/87   154-9272     ANITA G. WALTERS                635 N. TRAVIS
18.*ZAMORA, JOSE ISABEL       52118  08  M    06/21/87   399-7348     HILDA LOPEZ                     975 ELIZABETH
```