25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § | |

## DEFENDANT PETER GUERRERO'S ANSWER TO PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW PETER GUERRERO, Defendant in the above-styled and numbered cause, and files this, His Original Answer to Plaintiffs' First Amended Original Complaint and would show the Court the following:

I.

### ANSWER

1. Defendant Guerrero denies that he committed any of the acts alleged in Paragraph 1 of Plaintiffs' First Amended Original Complaint.

2. Defendant Guerrero admits the allegations in Paragraphs 2, 3, 4, 5, and 6 of Plaintiffs' First Amended Original Complaint.

3. Defendant Guerrero admits that Abraham Cano was a student at Berta Cabaza Middle School. Defendant Guerrero admits that Abraham Cano has a bone disease. Defendant Guerrero otherwise denies the allegations in Paragraph 7 of Plaintiffs' First Amended Original Complaint.

4. Defendant Guerrero admits that Abraham Cano broke his left ankle while at school. Defendant Guerrero otherwise denies the allegations in Paragraph 8 of Plaintiffs' First Amended Original Complaint.

5. Defendant Guerrero admits he was at all times acting under the scope of his authority as a public school teacher. Defendant Guerrero otherwise denies the allegations in Paragraph 9 of Plaintiffs' First Amended Original Complaint.

6. Defendant Guerrero denies the allegations in Paragraph 10, 11, and 12 of Plaintiffs' First Amended Original Complaint.

7. Defendant Guerrero denies the allegations in Paragraph 13 of Plaintiffs' First Amended Original Complaint.

8. Defendant Guerrero denies the allegations in Paragraph 14 of Plaintiffs' First Amended Original Complaint.

9. Defendant Guerrero denies the allegations in Paragraph 15 of Plaintiffs' First Amended Original Complaint. Plaintiffs have failed to exhaust administrative remedies with the San Benito Consolidated Independent School District and with the Texas Commissioner of Education.

10. Defendant Guerrero requests a trial by jury.

11. Defendant Guerrero denies that Plaintiffs are entitled to the relief sought in the Prayer of Plaintiffs' First Amended Original Complaint

## II.

## AFFIRMATIVE DEFENSES

12. Defendant Guerrero is entitled to immunity from liability under Texas Education Code § 22.051. Defendant Guerrero was at all times a professional employee of a school district, acting within the scope of the duties of his position, exercising his judgment or discretion, and his acts were not within the exceptions stated in the Texas Education Code.

13. Defendant Guerrero was at all times acting in good faith, in a reasonable manner, within the discretionary authority of his public office, and is entitled to qualified immunity for all claims alleged against him as set out in Plaintiffs' First Amended Original Complaint. Defendant Guerrero raises the federal defense of qualified immunity.

14. Defendant Guerrero is further entitled to immunity from any and all liability in connection with Plaintiffs' claims under the state doctrine of official immunity. Furthermore, Plaintiffs have failed to specify how Defendant Guerrero would not be entitled to official immunity either because he was not performing discretionary duties, was not acting in good faith, or was not acting within the scope of his authority, as is required by Texas law. Defendant Guerrero raises the state defense of official immunity.

15. Defendant Guerrero would show that any and all injuries complained of were caused by the contributory negligence of Plaintiffs.

16. Defendant Guerrero would show that Plaintiffs have failed to exhaust their administrative remedies.

17. Defendant Guerrero seeks reasonable costs and attorney's fees as a prevailing party pursuant to 42 U.S.C. §1988, and Texas Education Code § 22.055.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Suite 460
> 3505 Boca Chica Boulevard
> Brownsville, Texas 78521
> Telephone : (956) 541-1846
> Facsimile : (956) 541-1893
>
> BY: _Eileen M. Leeds w/p sm_
> EILEEN M. LEEDS
> State Bar No. 00791093
> Federal I.D. No. 16799
>
> SETH MOORE
> State Bar No. 24027522
> Federal I.D. No. 28488
>
> **ATTORNEYS FOR DEFENDANT**
> **PETER GUERRERO**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT PETER GUERRERO'S ANSWER TO PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT has been served by mailing same, Certified Mail, Return Receipt Requested to all counsel of record, as follows:

**(Via CMRRR#7001-0320-0005-3358-8395)**
Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

**(Via CMRRR#7001-0320-0005-3358-8388)**
Mr. Jim Byrom
EWBANK & BYROM
221 West Sixth Street, Suite 900
P.O. Box 2430
Austin, Texas 78701

on this __5__ day of March, 2002.

_____
EILEEN M. LEEDS