IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADELA CANO, individually and on behalf of her minor son, ABRAHAM CANO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT HERIBERTO VILLARREAL, AND PETER GUERRERO | § § § § § | |

**DEFENDANTS SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLARREAL'S AMENDED ANSWER TO PLAINTIFF'S AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND HERIBERTO VILLARREAL, Defendants in the above-styled and numbered cause, and files this their Amended Answer to Plaintiff's First Amended Original Complaint and would show the Court the following:

**I.
ANSWER**

1. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal admit that the allegations in Paragraph I, subparagraph 1 state Plaintiff's allegations. Otherwise, these Defendants deny the allegations contained in said

Page -1-

paragraph.

2. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal admit the allegations is Paragraphs II, subparagraphs 2, save and except the allegation that the minor Plaintiff was under the care and custody of school district officials. These defendants admit the allegations contained in Paragraph II, subparagraphs 3, 4, 5 and 6.

3. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal admit that Abraham Cano was a student at Berta Cabaza Middle School. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal assert that upon information and belief, Abraham Cano has a bone disease. Defendants otherwise deny the allegations in Paragraph 3, subparagraph 7 of Plaintiff's Amended Original Complaint.

4. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph 3, subparagraph 8 of Plaintiff's Amended Original Complaint, save and except the allegation that the minor Plaintiff suffered injury, which is admitted.

5. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph IV, subparagraph 9 of Plaintiff's Amended Original Complaint, save and except that it is admitted that Mr. Villarreal was at all times acting under the scope of his authority as a public school administrator.

6. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal admit that they were acting under the scope of their authority and within the

discretion of their office. Defendants otherwise deny the allegations in Paragraph IV, subparagraph 10 of Plaintiff's Amended Original Complaint.

7. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph IV, subparagraph 11 of Plaintiff's Amended Original Complaint.

8. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph IV, subparagraph 12 of Plaintiff's Amended Original Complaint.

9. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph V, subparagraph 13 of Plaintiff's Amended Original Complaint.

10. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph V, subparagraph 14 of Plaintiff's Amended Original Complaint.

11. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny the allegations in Paragraph VI, subparagraph 15 of Plaintiff's Amended Original Complaint.

12. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal also request a jury, as does Plaintiff in Paragraph VII, subparagraph 16 of Plaintiff's Amended Original Complaint.

13. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal deny that Plaintiffs are entitled to the relief sought in their prayer for relief

found in Plaintiff's Amended Original Complaint.

## II.
## AFFIRMATIVE DEFENSES

14. Defendant Villarreal is entitled to immunity from liability under Texas Education Code §22.051. Defendant Villarreal was at all times a professional employee of a school district, acting within the scope of the duties of his position, exercising his judgment or discretion, and his acts were not within the exceptions stated in the Texas Education Code. To the extent Plaintiff alleges negligent discipline, Defendants assert that no such discipline was taking place. Further, any claim of Plaintiff in relation to "negligence resulting in bodily injury" under Texas Education Code §22.051 must relate to negligence in the application of discipline.

15. Defendant Villarreal was at all times acting in good faith, in a reasonable manner, with the discretionary authority of his public office, and is entitled to qualified immunity for all claims alleged against him as set out in Plaintiff's Amended Original Complaint.

16. Defendant Villarreal is further entitled to immunity from any and all liability in connection with Plaintiff's claims under the state doctrine of official immunity. Furthermore, Plaintiff has failed to specify how Defendant Villarreal would not be entitled to official immunity either because he was not performing discretionary duties, was not acting in good faith, or was not acting within the scope of his authority, as is required by Texas law. Defendant Villarreal raises the state defense of official immunity.

17. Defendants are entitled to sovereign immunity and governmental immunity from both liability and suit. Defendants have not waived their right to sovereign immunity. Further,

Plaintiff's claims do not fall within the narrow waiver of immunity provided by the Texas Tort Claims Act. TEX. CIV. PRAC. & REM. CODE ANN. §101.021 AND 101.051 et.seq.

18. Defendant San Benito Independent School District asserts that Heriberto Villarreal is not the "policy maker" for the District, as alleged in Plaintiff's Amended Original Complaint. Furthermore, Plaintiff has failed to allege a policy or longstanding practice of the District which was a moving force behind any alleged constitutional deprivation suffered by Plaintiff.

19. Defendants would show that Plaintiff has failed to exhaust her administrative remedies which deprives this court, or any court, of jurisdiction, and for such reason Plaintiff cannot be heard on her claim of excessive discipline and/or negligence under Texas Education Code §22.051. Furthermore, because of such failure to exhaust administrative remedies, Plaintiff has received all procedural due process to which she is entitled.

20. To the extent that Plaintiff brings any state law causes of action against Defendants, Defendants specifically plead the statutory limits on liability as to actual damages and the bar as to punitive damages set forth in the Texas Tort Claims Act. TEX. CIV. PRAC. & REM. CODE ANN. §101.023 and §101.024.

21. Defendants San Benito Consolidated Independent School District and Heriberto Villarreal seek reasonable costs and attorney's fees as a prevailing party pursuant to 42 U.S.C. §1988, and Texas Education Code §22.055.

Respectfully submitted,

EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
Austin, Texas 78701
Telephone: (512) 476-1080
Facsimile: (512) 476-7770

By: _____
JAMES E. BYROM
State Bar No. 03568100
Federal No. 6874
ATTORNEYS FOR SAN BENITO C.I.S.D.
AND HERIBERTO VILLARREAL

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above and foregoing document has been served on the following attorneys of record via facsimile and/or certified mail, return receipt requested, on this the 11[h] day of March, 2002.

**Via CM/RRR No.:**   7001 1940 0002 5226 0669
Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

**Via CM/RRR No.:**   7001 1940 0002 5226 0676
Ms. Eileen M. Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

_____
JAMES E. BYROM