IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Adela Cano, individually and on behalf of her minor son Abraham Cano,<br>　　　　Plaintiffs,<br><br>v.<br><br>San Benito Consol. Indep. Sch. Dist., et al.,<br>　　　　Defendants. | § § § § § § § § § § § § § § | B-01-156 |

## ORDER

BE IT REMEMBERED that on January 28, 2002, the Court **GRANTED** Plaintiff's Motion for Leave to File Plaintiff's Second Amended Original Complaint [Dkt. No. 29].

DONE this ____15th____ day of July, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge