IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADELA CANO, Individually and on § Behalf of her minor son, ABRAHAM CANO, § Plaintiff § § VS. § § SAN BENITO CONSOLIDATED § INDEPENDENT SCHOOL DISTRICT, § HERIBERTO VILLARREAL and § PETER GUERRERO, § Defendants § | CIVIL ACTION NO. B - 01 - 156 |

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **ADELA CANO**, Individually and on Behalf of her minor son, ABRAHAM CANO, Plaintiffs in the above styled and numbered cause, and respectfully requests the setting of a Status Conference in order for the Court to establish what motions are presently pending and to set deadlines for the resolution of such matters, including obtaining a trial date. Plaintiff would show that discovery is substantially complete and would request a trial date at the Court's earliest convenience.

v:\fp\motions\217-01.cnf                                                                                                         PAGE 1

Signed on this the 30th day of June, 2003.

                          Respectfully submitted,

                          **LAW OFFICE**
                          **J. ARNOLD AGUILAR**
                          Artemis Square, Suite H-2
                          1200 Central Boulevard
                          Brownsville, Texas 78520
                          Telephone   : (956) 504-1100
                          Facsimile    : (956) 504-1408

By: _____
        J. Arnold Aguilar
        State Bar No. 00936270
        Federal Adm. No. 6822

Attorney for Plaintiff,
ADELA CANO, Individually and on Behalf
of her minor son, ABRAHAM CANO

## CERTIFICATE OF CONFERENCE

     I hereby certify that I have contacted all counsel herein to the filing of Plaintiff's Motion for Status Conference and James Byrom, attorney for Defendants San Benito C.I.S.D. and Heriberto Villarreal and Eileen Leeds, attorney for Defendant Peter Guerrero, are not opposed to the filing of Plaintiff's Motion for Status Conference.

                                                             _____
                                                                   J. Arnold Aguilar

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and **PLAINTIFF'S MOTION FOR STATUS CONFERENCE** has on the this 30th day of June, 2003, been forwarded to:

Mr. James E. Byrom
EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
P. O. Box 2430
Austin, TX 78768-2430


Ms. Eileen Leeds
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78521


_____
J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADELA CANO, Individually and on<br>Behalf of her minor son, ABRAHAM CANO,<br>　　　　　Plaintiff<br><br>VS.<br><br>SAN BENITO CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT,<br>HERIBERTO VILLARREAL and<br>PETER GUERRERO,<br>　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>B - 01 - 156 |

**ORDER FOR STATUS CONFERENCE**

On this _____ day of _____, 2003, came on to be considered **Plaintiff's Motion for Status Conference** in the above styled and numbered cause.

IT IS THEREFORE ORDERED that a Status Conference be and is hereby set for hearing on the _____ day of _____, 2003, at _____ o'clock _____.m.

SIGNED FOR ENTRY this _____ day of _____, 2003.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U. S. DISTRICT JUDGE