United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Adela Cano, individually and on behalf of her minor son Abraham Cano, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | B-01-156 |
| | § § § | |
| San Benito Consol. Indep. Sch. Dist., et al., | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on July 7, 2003, the Court **GRANTED** Plaintiff's Motion for Status Conference [Dkt. No. 39], and **SCHEDULED** a status conference for August 18, 2003, at 3:00 p.m. According to the Court's docket, there are currently no motions pending in this case. The Court's records indicate all motions pending prior to the filing of Plaintiff's second amended original complaint were determined to be moot. The parties may re-urge or file any motions on which they wish the Court to rule.

DONE this 7th day of July, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge