IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADELA CANO, Individually and on Behalf of her minor son, ABRAHAM CANO, | § § | |
| Plaintiff | § § | CIVIL ACTION NO. |
| VS. | § § | B - 01 - 156 |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL and PETER GUERRERO, | § § § § § | |
| Defendants | § | |

---

### PLAINTIFF'S NOTICE OF APPEARANCE OF CO-COUNSEL

---

Please take notice that Plaintiff **ADELA CANO**, *Individually and on Behalf of her minor son,* **ABRAHAM CANO**, in the above styled and numbered cause designate

>Mr. John J. Jordan, Jr.
>*LAW OFFICE J. ARNOLD AGUILAR*
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, TX 78520
>Telephone: (956) 504-1100
>Facsimile: (956) 504-1408

v:\fp\pleading\217-01.JJ  PAGE 1

as Co-Counsel. Co-Counsel will be entitled to receive, review and appear before this Honorable Court relating to matters in this cause. **Counsel listed below will remain as lead counsel for the Plaintiff to have full control and management of Plaintiff's cause.**

>Mr. J. Arnold Aguilar
>*LAW OFFICE J. ARNOLD AGUILAR*
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, TX 78520
>Telephone: (956) 504-1100
>Facsimile: (956) 504-1408

Signed the 15th day of July, 2003.

>Respectfully submitted,
>
>**LAW OFFICE**
>**J. ARNOLD AGUILAR**
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, Texas 78520
>Telephone : (956) 504-1100
>Facsimile : (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822
Lead Counsel for Plaintiff

John J. Jordan, Jr.
State Bar No. 00796852
Federal Adm. No. 21304
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF APPEARANCE OF CO-COUNSEL** has on this the _16th_ day of July, 2003, been forwarded to:

Mr. James E. Byrom
EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
P. O. Box 2430
Austin, TX  78768-2430

Ms. Eileen Leeds
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78521

_____
J. Arnold Aguilar