Case 1:01-cv-00156  Document 42  Filed in TXSD on 08/18/2003  Page 1 of 1    42

# Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | |
| LAW CLERK | ☐ Nicolas   ■ Levesque | |
| DATE | 08 – 18 – 03 | |
| TIME | a.m. — a.m.<br>3:10 p.m. — 4:10 p.m. | |
| CIVIL ACTION | B – 01 – 156 | |
| STYLE | ADELA CANO, ET AL<br>*versus*<br>SAN BENITO CISD, ET AL | |



United States District Court
Southern District of Texas
FILED

AUG 18 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Status Conference                (Court Reporter: Heather Hall)

Attorney for Plaintiff:        Arnold Aguilar
Attorney(s) for Defendant(s):  James Byrom for San Benito and Heriberto Villarreal
                               Eileen Leeds for Peter Guerrero

Comments:
Case has languished since Sept. 2002. Status conference to get case back on track.

Pl stated – only two depositions left to take sometime next week. Pl alleges coach put the kid into the game. There is no evidence in the form of a doctor's note that indicates kid could not play due to his brittle bone condition. Mother thought she got such a note, but doctor has indicated he has no record of such a note being generated from his office. At beginning of school year, there was a special needs assessment meeting.

Def (Leeds): no record of doctor's note indicating kid needed to be excused. Parent has to ask for an exemption from PE before the school takes the kid out of the class. Kid had played flag football during the same season before the incident took place in Nov. 2000. Kid was not required to play, he had the option to play, he was not coerced into playing. Coach gave kids a card to fill out at the beginning of the year (a "who are you" kind of form). Kid only listed his asthma condition and not bone condition. Parties not sure who signed this form. Mother says she doesn't think it's her sig and she does not remember signing it. Kid says she did. Legal arg: there is no constitutional right to "not participate in" a class.

Def (Byrom): bottom line: at the specialized assessment meeting there was never a doctor's note, which would be needed to trigger any formal exemption from PE. School cannot be required to know what kid can and cannot do w/o some evidence from doctor, etc.

Factual Dispute: discrepancies in memory. Kids (Abraham and two or three friends) say coach said, "You're in." Coach says he was across the field when he looked and saw Abraham playing. Some evidence that Abraham was in street clothes when incident took place, and coach had rule that if you weren't playing you'd be in your street clothes.

Court: Parties are to re-urge motions including motions to dismiss. Defs said they could do it w/in three weeks. Scheduling order to be entered.