*44*

United States District Court
Southern District of Texas
FILED

SEP 1 5 2003

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Date: September 15, 2003, 10:30 a.m. to 12:00 noon; 1:00 p.m. to 2:30 p.m.

---

## C.A. NO. B-01-156 (HGT)

---

| | | |
|---|---|---|
| ADELA CANO, ET AL | * | J Arnold Aguilar & John J Jordan, Jr |
| vs | * | |
| SAN BENITO C.I.S.D. | * | James E Bryrom |
| HERIBERTO VILLARREAL | * | James E Bryrom |
| PETER GUERRERO | * | Eileen M. Leeds |

---

### MEDIATION MINUTES

Plaintiff ADELA CANO appeared with attorneys Aguilar and Jordan;

Joe Gonzalez, Principal, Wendy Hall and Dick Powell, Adjusters, and attorney James E. Bryom appeared for SAN BENITO C.I.S.D.;

Defendant VILLARREAL appeared with attorney James E. Bryom; and

Attorney Leeds appeared for Defendant GUERRERO.

Mediation held.

At 2:30 p.m., the Court recessed the negotiations.