# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADELA CANO, Individually and on Behalf of her minor son, ABRAHAM CANO, Plaintiff | § § § § |
| VS. | § § |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL and PETER GUERRERO, Defendants | § § § § § |

CIVIL ACTION NO.

**B - 01 - 156**

---

## PLAINTIFF'S REQUEST FOR TRIAL SETTING

---

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **ADELA CANO**, *Individually and on behalf of her minor son*, **ABRAHAM CANO**, Plaintiff in the above styled and numbered cause, and respectfully requests assignment of this case for trial, pursuant to Federal Rule of Civil Procedure 40. Plaintiff would show that discovery is substantially complete, the case has been mediated unsuccessfully, and it is therefore now appropriate to set for trial.

Signed on this the 15th day of January, 2004.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone   :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
     J. Arnold Aguilar
     State Bar No. 00936270
     Federal Adm. No. 6822

Attorney for Plaintiff,
ADELA CANO, Individually and on behalf
of her minor son, ABRAHAM CANO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and **PLAINTIFF'S REQUEST FOR A TRIAL SETTING** has on the this 15th day of January, 2004, been forwarded to:


Mr. James E. Byrom
EWBANK & BYROM, P.C.
221 West 6th Street, Suite 900
P. O. Box 2430
Austin, TX  78768-2430


Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


J. Arnold Aguilar