IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADELA CANO, Individually and on behalf of her minor son, ABRAHAM CANO § § § | |
| VS. § § | CIVIL ACTION NO. B-01-156 (JURY REQUESTED) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, AND PETER GUERRERO § § § § § | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Eileen M. Leeds, one of the attorneys in the above styled and numbered cause and notifies the court and all parties of a change of address. Effective immediately, all further correspondence and pleadings should be sent to the following address:

Eileen M. Leeds
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

It is respectfully requested that the Clerk of the Court accordingly revise the Court's records and note this change of address.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By: *Eileen Leeds w/p bce*
    Eileen M. Leeds
    State Bar No. 00791093
    Federal I.D. No. 16799

**ATTORNEY FOR DEFENDANT PETER GUERRERO**


## CERTIFICATE OF SERVICE

    I hereby certify that on this the 10th day of March, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. Jim Byrom
Ewbank & Byrom
221 West Sixth Street, Suite 900
P.O. Box 2430
Austin, Texas 78701


*Eileen Leeds w/p bce*
Eileen M. Leeds

01-220 CANO: ntc-changeaddress
PAGE 2