IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Adela Cano, individually and on behalf of her minor son Abraham Cano, <br>   Plaintiffs, <br><br> v. <br><br> San Benito Consol. Indep. Sch. Dist., et al., <br>   Defendants. | § § § § § § § § § § § § § <br><br> C.A. No. B-01-156 |

### FINAL JUDGMENT

BE IT REMEMBERED, that on April 6, 2004, the Court having granted summary judgment on all federal causes of action in favor of all Defendants, including San Benito Consolidated Independent School District and Heriberto Villarreal and Peter Guerrero in their individual capacities, enters final judgment on all federal claims pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 6th day of April 2004.

Hilda G. Tagle
United States District Court Judge